| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Chan, Ashely M. | 2. Court or Organization<br><br>Eastern District of Pennsylvania | 3. Date of Report<br><br>07/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Robert N.C. Nix Sr. Federal Courthouse
900 Market Street SUite 214
Philadelphia, PA 19107

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 10/22/2012 | Hangley Aronchick Segal Pudlin & Schiller 401k Plan - with former law firm, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Airlines AAdvantage | credit card | J |
| 2. | Bank of America | credit card | K |
| 3. | American Advantage | credit card | J |
| 4. | Discover | credit card | J |
| 5. | Target | credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PNC Bank | | None | J | T | | | | | |
| 2.  TD Bank | | None | J | T | | | | | |
| 3.  Fidelity 401k (H) | | | | | | | | | |
| 4.  -Spartan US Bond Index | A | Dividend | K | T | | | | | |
| 5.  -Spartan 500 Index | B | Dividend | L | T | | | | | |
| 6.  -Fidelity Freedom 2035 Fund | C | Dividend | L | T | | | | | |
| 7.  -Harbor International | A | Dividend | K | T | | | | | |
| 8.  Northwestern IRA (H) | | | | | | | | | |
| 9.  -American Century Real Estate Fund | A | Dividend | J | T | | | | | |
| 10.  -American Century Small Cap Growth (X) | | None | J | T | | | | | |
| 11.  -Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 12.  -Fidelity Advisor Diversified International | A | Dividend | J | T | | | | | |
| 13.  -Fidelity Advior New Insights Fund | A | Dividend | J | T | | | | | |
| 14.  -Fidelity Advisor Strategic Fund | A | Dividend | J | T | | | | | |
| 15.  -Growth Fund of America. | A | Dividend | J | T | | | | | |
| 16.  -IShares Trust Russell 2000 Value Index | A | Dividend | J | T | | | | | |
| 17.  -New World Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PIMCO Commodity Real Return Strategy | A | Dividend | J | T | | | | | |
| 19. -Prudential Jennison Natural Resources | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 20. -SPDR S&P 500 ETF Tr | A | Dividend | J | T | | | | | |
| 21. -Vanguard GNMA Fund | A | Dividend | J | T | | | | | |
| 22. -Vanguard Mid-Cap ETF | A | Dividend | J | T | | | | | |
| 23. -Vanguard Primecap Fund | A | Dividend | J | T | | | | | |
| 24. Northwestern Roth IRA (H) | | | | | | | | | |
| 25. -American Century Diversified Bond | A | Dividend | J | T | | | | | |
| 26. -American Century Heritage Fund | A | Dividend | J | T | | | | | |
| 27. -American Heritage Strategic Allocation Moderate Fund | A | Dividend | J | T | | | | | |
| 28. -Fidelity Advisor New Insights Fund | A | Dividend | J | T | | | | | |
| 29. Morgan Stanley IRA (H) | | | | | | | | | |
| 30. -Bank of America 5.625% 7/1/2020 | B | Interest | K | T | | | | | |
| 31. -Cisco Systems | A | Dividend | K | T | | | | | |
| 32. -Conagra Foods | A | Dividend | J | T | | | | | |
| 33. -Covanta Holding Corp | A | Dividend | J | T | | | | | |
| 34. -CSX Transportation 9.75% 6/15/2020 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CVS Health Corp | A | Dividend | K | T | | | | | |
| 36. -Deere & Co | A | Dividend | | | Sold | 04/20/16 | K | A | |
| 37. -Digital Realty Trust | A | Dividend | K | T | | | | | |
| 38. -Exxon Mobil | A | Dividend | K | T | | | | | |
| 39. -Gilead Science | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 40. -Goldman Sachs 2.00% 5/21/2019 | A | Interest | K | T | | | | | |
| 41. -Harley Davidson | A | Dividend | J | T | Sold (part) | 11/07/16 | J | A | |
| 42. -HCP Inc 6.70% 1/30/2018 | B | Interest | | | Sold | 11/30/16 | K | A | |
| 43. -Hewlitt Packard 4.30% 6/1/2021 | B | Interest | K | T | | | | | |
| 44. -International Paper | A | Dividend | K | T | | | | | |
| 45. -IShares Intl Select Div ETF | A | Dividend | K | T | | | | | |
| 46. -IShares JP Morgan EM Bond Fund | B | Dividend | K | T | | | | | |
| 47. -Jonesboro AK 3.00% 2/1/2022 | A | Interest | K | T | | | | | |
| 48. -JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 49. -Kinder Morgan Inc | A | Dividend | J | T | | | | | |
| 50. -Lamb Weston Holdings | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 51. -Liberty Property 4.75% 10/1/2020 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Merrill Lynch 5.70% 5/2/2017 | B | Interest | K | T | | | | | |
| 53. -Morgan Stanley 5.50% 7/24/2020 | B | Interest | K | T | | | | | |
| 54. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 55. -Newell Brands | | None | K | T | Buy | 12/14/16 | K | | |
| 56. -Norfolk Southern 9.75% 6/15/2020 | B | Interest | K | T | | | | | |
| 57. Oaktree Capital GP LLC UT | A | Dividend | J | T | | | | | |
| 58. -Pentair PLC | A | Dividend | J | T | | | | | |
| 59. -Pepsico | | None | K | T | Buy | 11/23/16 | K | | |
| 60. -Pitney Bowes 5.75% 9/15/2017 | B | Interest | K | T | | | | | |
| 61. -Potash CP of Saskatchewan Inc | A | Dividend | | | Sold | 07/15/16 | J | A | |
| 62. Primerica Inc 4.75% 7/15/2022 | A | Interest | K | T | | | | | |
| 63. -Quest Diagnostics 4.75% 1/30/2020 | B | Interest | K | T | | | | | |
| 64. -Rayonier Inc | A | Dividend | | | Sold | 07/20/16 | J | A | |
| 65. -Sallie Mae Bank CD 2.15% 10/30/2018 | A | Interest | K | T | | | | | |
| 66. -Simon Property Group | B | Dividend | K | T | | | | | |
| 67. Unilever PLC | | None | K | T | Buy | 12/21/16 | K | | |
| 68. -Vanguard FTSE Developed Markets E | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Veritiv Corp | | None | J | T | | | | | |
| 70. Virtus Multi Select Short Term Bond T | A | Dividend | J | T | | | | | |
| 71. Walt Disney Co Holding | | None | K | T | Buy | 08/16/16 | K | | |
| 72. -Western Asset Short Term Bond C1 | A | Dividend | J | T | | | | | |
| 73. Washington Prime Group | A | Dividend | J | T | | | | | |
| 74. -Western Union Co 3.65% 8/22/2018 | A | Interest | K | T | | | | | |
| 75. Morgan Stanley xxx612 (H) | | | | | | | | | |
| 76. -Hasbro Inc | A | Dividend | K | T | | | | | |
| 77. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 78. -Pfizer Inc | A | Dividend | K | T | | | | | |
| 79. -Utah County UT 5.125% 12/1/2017 | B | Interest | K | T | | | | | |
| 80. -Verizon | A | Dividend | J | T | | | | | |
| 81. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 82. Morgan Stanley xxx450 (H) | | | | | | | | | |
| 83. -Alliance Holdings GP LP | B | Distribution | J | T | | | | | |
| 84. -Apple Inc | A | Dividend | K | T | | | | | |
| 85. -Bristol Myers Squibb | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Cardinal Health Inc | A | Dividend | K | T | | | | | |
| 87. -Chemours Co | A | Dividend | J | T | | | | | |
| 88. -DuPont EI DeMours & Co | A | Dividend | J | T | | | | | |
| 89. -Energy Transfer Partners LP | A | Distribution | J | T | | | | | |
| 90. -Equity Residential | D | Dividend | K | T | | | | | |
| 91. -General Electric | A | Dividend | K | T | | | | | |
| 92. -Goldman Sachs 5.95% 1/18/2018 | B | Dividend | K | T | | | | | |
| 93. -H&R Block Inc | A | Dividend | J | T | | | | | |
| 94. -Habersham County GA 4.00% 4/1/2019 | A | Interest | K | T | | | | | |
| 95. -HCP Incorporated | A | Dividend | J | T | | | | | |
| 96. -Intel Corp | A | Dividend | K | T | | | | | |
| 97. -KKK & Co LLP | A | Distribution | | | Sold | 11/23/16 | J | A | |
| 98. -Macquarie Infrastructure Co | B | Dividend | K | T | | | | | |
| 99. -McDonalds | A | Dividend | K | T | | | | | |
| 100. -Metlife Inc | A | Dividend | K | T | | | | | |
| 101. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 102. Morgan Stanley Bank | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Morgan Stanley 5.50% 7/24/2020 | B | Interest | K | T | | | | | |
| 104.  -Morgan Stanley 5.75% 1/25/2021 | B | Interest | K | T | | | | | |
| 105.  -New York State Thruway Auth 5.00% 3/15/2025 | B | Interest | K | T | | | | | |
| 106.  -NuStar Energy LP | B | Distribution | K | T | | | | | |
| 107.  -Pennsylvania State Genl Oblig 5.00% 1/15/2022 | B | Interest | K | T | | | | | |
| 108.  -Pfizer Inc | A | Dividend | K | T | | | | | |
| 109.  -Quality Care Properties | | None | J | T | Spinoff (from line 95) | 11/03/16 | J | | |
| 110.  -Royal Dutch Shell PLC | A | Dividend | K | T | | | | | |
| 111.  -Sarasota County FL Sch Brd 5.00% 7/1/2021 | B | Interest | K | T | | | | | |
| 112.  -Teco Energy | A | Dividend | | | Sold | 07/01/16 | J | D | |
| 113.  -Tri-County Metro Trans Dist of Oregon 3.00% 11/1/2019 | A | Interest | K | T | | | | | |
| 114.  -University of Cincinnati Gen Rcpts 4.00% 6/1/2025 | A | Interest | K | T | | | | | |
| 115.  -Wal Mart Stores Inc | A | Dividend | | | Sold | 07/18/16 | K | A | |
| 116.  -Walgreens Boots Alliance Inc | A | Dividend | K | T | | | | | |
| 117.  -Washington State Genl Oblig 5.00% 7/1/2020 | B | Interest | K | T | | | | | |
| 118.  -Washoe County NV Genl Oblig 3.00% 3/1/2023 | A | Interest | K | T | | | | | |
| 119.  -Washoe County NV Genl Oblig 3/1/2024 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Wellpoint Inc 3.30% 1/15/2023 | A | Interest | K | T | | | | | |
| 121. Morgan Stanley xxx082 (H) | | | | | | | | | |
| 122. -Amex Centurion 2.10% 9/26/2018 | A | Interest | K | T | | | | | |
| 123. -Apple Inc | A | Dividend | K | T | | | | | |
| 124. -AT&T Inc | B | Dividend | K | T | | | | | |
| 125. -Buckeye Partners | B | Distribution | K | T | | | | | |
| 126. -CA Inc 5.375% 12/1/2019 | B | Interest | K | T | | | | | |
| 127. Chemours Co | A | Dividend | J | T | | | | | |
| 128. -Clark County NV Sch Dist 3.50% 6/15/2024 | A | Interest | K | T | | | | | |
| 129. CVS Health Corp | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 130. -Digital Realty Trust LP 5.25% 3/15/2021 | B | Interest | K | T | | | | | |
| 131. Discover Financial Services | A | Dividend | K | T | | | | | |
| 132. Dow Chemical Co | A | Dividend | K | T | | | | | |
| 133. -General Electric Cap Corp 5.30% 2/11/2021 | B | Interest | K | T | | | | | |
| 134. -IPS Multi Sch Bldg Corp 4.50% 7/15/2024 | A | Interest | | | Sold | 01/15/16 | K | A | |
| 135. -IShares JP Morgan Em Bond FUnd | B | Dividend | K | T | | | | | |
| 136. -Kansas State Dev Fin Auth 5.00% 12/1/2019 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Macy's | A | Dividend | K | T | Buy | 04/04/16 | K | | |
| 138. -McDonalds Corp | A | Dividend | K | T | | | | | |
| 139. -Metlife Inc | A | Dividend | J | T | | | | | |
| 140. Microsoft Corp | A | Dividend | K | T | | | | | |
| 141. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 142. -New York State Mtg Agy Homeowner 3.619% 4/1/2023 | A | Interest | K | T | | | | | |
| 143. -Oaktee Capital GP LLC | A | Dividend | J | T | | | | | |
| 144. Pentair PLC | A | Dividend | K | T | | | | | |
| 145. -Pfizer | | None | K | T | Buy | 08/30/16 | K | | |
| 146. -San Antonio TX Pub Facs 3.00% 9/15/2027 | A | Interest | K | T | | | | | |
| 147. -Tanger Factory Outlet Centers | A | Dividend | K | T | | | | | |
| 148. -Thomson Reuters Corp | A | Dividend | K | T | | | | | |
| 149. -Truckee Meadows NV Wtr Auth 4.25% 7/1/2022 | B | Interest | K | T | | | | | |
| 150. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 151. Walt Disney Co Holding | A | Dividend | K | T | Buy | 02/12/16 | K | | |
| 152. Welltower Inc | A | Dividend | | | Sold | 06/10/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 07/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ashely M. Chan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544